**Fill in this information to identify the case:**

Debtor 1 __CARLOS A RIVERA-TRINIDAD__

Debtor 2 _____
(Spouse, if filing)

United States Bankruptcy Court for the: __Northern__   District of __Texas__
(State)

Case number __12-42896-RFN-13__

# Form 4100R
## Response to Notice of Final Cure Payment

10/15

According to Bankruptcy Rule 3002.1(g), the creditor responds to the trustee's notice of final cure payment.

### Part 1: Mortgage Information

**Name of creditor:** WELLS FARGO BANK, N.A.

**Court claim no.** (if known): 12

**Last 4 digits** of any number you use to identify the debtor's account: 4 1 3 5

**Property Address:** 8201 WATER BUCK RUN
Number    Street

FORT WORTH, TX  76179-3671
City        State   ZIP Code

### Part 2: Prepetition Default Payments

*Check one:*

☒ Creditor agrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim.

☐ Creditor disagrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim. Creditor asserts that the total prepetition amount remaining unpaid as of the date of this response is:   $ _____

### Part 3: Postpetition Mortgage Payment

*Check one:*

☐ Creditor states that the debtor(s) are current with all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

The next postpetition payment from the debtor(s) is due on: ___/___/_____
MM / DD / YYYY

☒ Creditor states that the debtor(s) are not current on all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

Creditor asserts that the total amount remaining unpaid as of the date of this response is:

a. Total postpetition ongoing payments due:        (a) $ 26,661.12

b. Total fees, charges, expenses, escrow, and costs outstanding:   + (b) $ 0.00

c. **Total**. Add lines a and b.                   (c) $ 26,661.12

Creditor asserts that the debtor(s) are contractually obligated for the postpetition payment(s) that first became due on:   08/01/2015
MM / DD / YYYY

| Debtor 1 | CARLOS A RIVERA-TRINIDAD | | | Case number (if known) 12-42896-RFN-13 |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

## Part 4: Itemized Payment

If the creditor disagrees in Part 2 that the prepetition arrearage has been paid in full or states in Part 3 that the debtor(s) are not current with all postpetition payments, including all fees, charges, expenses, escrow, and costs, the creditor must attach an itemized payment history disclosing the following amounts from the date of the bankruptcy filing through the date of this response:

- ■ all payments received;
- ■ all fees, costs, escrow, and expenses assessed to the mortgage; and
- ■ all amounts the creditor contends remain unpaid.

## Part 5: Sign Here

**The person completing this response must sign it. The response must be filed as a supplement to the creditor's proof of claim.**

*Check the appropriate box.*

❏ I am the creditor

❏ I am the creditor's authorized agent

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

Sign and print your name and your title, if any, and state your address and telephone number if different from the notice address listed on the proof of claim to which this response applies.

✖ /s/ JEFF FLEMING
Signature

Date 05/26/2017

Print: JEFF FLEMING
First Name    Middle Name    Last Name

Title ATTORNEY FOR CREDITOR

Company BARRETT DAFFIN FRAPPIER TURNER & ENGEL, LLP

**If different from the notice address listed on the proof of claim to which this response applies:**

Address 4004 Belt Line Rd Ste. 100
Number    Street

ADDISON, TEXAS 75001
City    State    ZIP Code

Contact phone (972) 386-5040

Email NDECF@BDFGROUP.COM

## CERTIFICATE OF SERVICE

    I hereby certify that on May 26, 2017, a true and correct copy of the Statement in Response to Notice of Final Cure Payment was served via electronic means as listed on the Court's ECF noticing system or by regular first class mail to the parties listed on the attached list.

        Respectfully submitted,

        BARRETT DAFFIN FRAPPIER
        TURNER & ENGEL, LLP

BY: /s/ JEFF FLEMING        05/26/2017
        JEFF FLEMING
        TX NO. 24034442
        4004 Belt Line Rd Ste. 100
        ADDISON, TX 75001
        Telephone: (972) 386-5040
        Facsimile: (972) 661-7725
        E-mail: NDECF@BDFGROUP.COM
        ATTORNEY FOR CREDITOR

**BY ELECTRONIC NOTICE OR REGULAR FIRST CLASS MAIL:**

**DEBTORS:**
CARLOS A RIVERA-TRINIDAD
8201 WATER BUCK RUN
FORT WORTH, TX  76179-3671

CARLOS A RIVERA-TRINIDAD
8201 WATER BUCK RUN
FORT WORTH, TX  76179

**DEBTOR'S ATTORNEY:**
TIMOTHY V. DANIEL
8200 CAMP BOWIE WEST BLVD
FORT WORTH, TX  76116

**TRUSTEE:**
PAM BASSEL
7001 BLVD 26
SUITE 150
NORTH RICHLAND HILLS, TX  76180

**UNITED STATES TRUSTEE:**
1100 COMMERCE STREET
ROOM 976
DALLAS, TX  75242